UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JONATHAN JOHNSON (#119406)** | **CIVIL ACTION** |
| **VERSUS** | |
| **GARY WESTCOTT, ET AL.** | **25-479-JWD-RLB** |

**RULING**

On July 24, 2025, pursuant to the "three strikes" provision of 28 U.S.C. § 1915(g), the Court determined that the plaintiff was not authorized to proceed *in forma pauperis* herein and ordered him to pay, within 21 days, the full amount of the Court's filing fee. *See* R. Doc. 3. The plaintiff was placed on notice that a failure to comply with the Court's Order "shall result in the dismissal of the plaintiff's action without further notice from the Court." *Id.*

On October 6, 2025, the plaintiff was given a 14-day extension of time within which to pay the Court's filing fee. He was again warned that failure to pay the fee "shall result in the dismissal of the plaintiff's action without further notice from the Court." *See* R. Doc. 5. A review of the record by the Court reflects that the plaintiff has failed to pay the filing fee as ordered. Accordingly,

**IT IS ORDERED** that the above-captioned proceeding be **DISMISSED, WITHOUT PREJUDICE**, for failure of the plaintiff to pay the Court's filing fee. Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on December 17, 2025.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**